FILED: June 7, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-4605
(1:08-cr-00482-LO-1)



UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

DENNIS EARL LEDBETTER

        Defendant - Appellant

JUDGMENT

In accordance with the decision of this Court, the judgment of the District Court is affirmed.

This judgment shall take effect upon issuance of this Court's mandate in accordance with Fed. R. App. P. 41.

        /s/ PATRICIA S. CONNOR, CLERK